UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.                                                             ) | CR. No.  07-20067-B |
| ) | |
| WILLIAM PEPPERS, #06128079       ) | |

**APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM**

Stephanie Z. Johnson applies to the Court for a Writ to have William Peppers, now being detained in the Shelby County Jail, 201 Poplar Avenue, Memphis, Tennessee, appear before the Honorable James H. Allen on May 24, 2007, at 2:00 p.m. for Initial Appearance and for such other appearances as this Court may direct.

Respectfully submitted this __14__ day of __May__, 2007.

/s/ Stephanie Z. Johnson
**Special Assistant U. S. Attorney**

Upon consideration of the foregoing Application,

**DAVID G. JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN**

**SHERIFF, SHELBY COUNTY JAIL**

**YOU ARE HEREBY COMMANDED** to have William Peppers appear before the Honorable James H. Allen at the date and time aforementioned.

ENTERED this __14th__ day of May, 2007.

  s/Diane K. Vescovo
**UNITED STATES MAGISTRATE JUDGE**